IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Seth Cole Elliot, et al. )
      Plaintiff )
)
v. ) Civil Action No. 3:23-cv-369
)
)
Krape Logistics, et al. )
      Defendant )

## MOTION FOR DEFAULT JUDGMENT

Comes now Seth Cole Elliot, et al. and requests the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant. In support of this request, Seth Cole Elliot, et al. _____ relies upon the record in this case and the affidavit submitted herein.

Respectfully submitted,

_____
Attorney for Plaintiff