UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SETH COLE ELLIOTT, CODY PAINTER, and LONNIE JORDAN, individually, and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KRAPE LOGISTICS, INC. and BRIAN KRAPE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:23-CV-00369-JRG-DCP<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

This matter is before the Court on United States Magistrate Debra C. Poplin's Report and Recommendation [Doc. 31]. Judge Poplin recommends the Court grant in part and deny in part Plaintiffs Seth Cole Elliott, Cody Painter, and Lonnie Jordan's Motion for Default Judgment [Doc. 23].[1] None of the parties has timely objected to Judge Poplin's report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having reviewed the record, the Court agrees with Judge Poplin's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, Plaintiff's Motion for Default Judgment [Doc. 23] is **GRANTED in part** and **DENIED in part**, and the Court **ORDERS** as follows:

---

[1] Plaintiffs filed an amended supplement to their motion for default judgment, and in that amended supplement, they request damages totaling $38,256 and attorneys' fees and costs totaling $13,643.89. [Pls.' Am. Suppl., Doc. 30, at 1–2].

1. It is hereby **ADJUDGED** that Defendants Krape Logistics, Inc. and Brian Krape have violated the Fair Labor Standards Act;

2. It is hereby **ORDERED** that Plaintiff Seth Cole Elliott recover from Defendants Krape Logistics, Inc. and Brian Krape the amount of $7,480.00 in overtime wages and liquidated damages;

3. It is hereby **ORDERED** that Plaintiff Cody Painter recover from Defendants Krape Logistics, Inc. and Brian Krape the amount of $7,896.00 in overtime wages and liquidated damages;

4. It is hereby **ORDERED** that Plaintiff Lonnie Jordan recover from Defendants Krape Logistics, Inc. and Brian Krape the amount of $22,880.00 in overtime wages and liquidated damages;

5. It is hereby **ORDERED** that Plaintiffs recover from Defendants Krape Logistics, Inc. and Brian Krape the amount of $6,160.00 in attorneys' fees, $2,128.89 in costs, and a judgment in the total amount of $46,544.89, plus post-judgment interest at the statutory rate from the date of this judgment; and

6. The Clerk of Court is **DIRECTED** to close this case.

So ordered.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk